## No. 329

19246—State ex rel. Herbert Edward Burgess, as Liquidator of the City Equitable Fire Insurance Co., Ltd., v. Charles C. Crabbe, as Attorney General, et al. In Mandamus.

ALLEN, J.

INSURANCE—While courts on consideration of judicial comity may recognize an alien liquidator appointed in another country, judicial comity does not require it to so recognize him under 641 GC; when such insurance policies have not matured and liquidation proceedings cannot be determined. (See also 19245, ante.)

ALLEN, J.

While upon considerations of judicial comity, the courts of this state may recognize a liquidator appointed in another country, judicial comity does not require Ohio courts to recognize an alien liquidator applying under Section 641, General Code, for distribution of a fund which is held in this state for the benefit and security of the policy holders of an alien insurance corporation doing business within this state, when certain of the policies issued by the said alien insurance corporation reinsuring Ohio risks have not matured and the liabilities

of the alien insurance corporation cannot at the present time be determined in a liquidation proceeding.

Writ denied.

Marshall, CJ., Day, Kinkade and Robinson, JJ., concur.